| | | | |
|---|---|---|---|
| AUSA: | Yara Hindelang | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | | | |
| Special Agent: | Dustin Swensson | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Jeremy Brian Tacon

Case: 2:25−mj−30691
Assigned To : Unassigned
Assign. Date : 11/13/2025
Description: CMP USA v Tacon (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 29, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Dustin Swensson, Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 13, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT

I, Dustin Swensson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal

1

complaint and arrest warrant for Jeremy Brian Tacon for violation of 18 U.S.C. § 2252A(a)(2) (receipt of child pornography).

4. The statements contained in this affidavit are based in part on information provided by Special Agents and Task Force Officers of the FBI and other law enforcement officers, information gathered from the service of administrative subpoenas, independent investigations and analysis by FBI agents/analysts, and my experience, training, and background. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

## PROBABLE CAUSE

5. In March 2025, the FBI and local law enforcement in Toledo, Ohio arrested Subject-1 after Subject-1 traveled to Toledo to engage in sex acts with a notional 7-year-old girl and a notional 6-month-old female infant. Prior to traveling to Toledo for this purpose, Subject-1 communicated with an FBI agent operating in an online undercover capacity (OCE) who posed as the parent of the notional children. Subject-1 had also sent OCE a video containing child sexual abuse material (CSAM) and had received CSAM from the subject of another FBI investigation. Subject-1's cellular phone was seized after his arrest and the FBI obtained a search warrant for the device.

6. A forensic review of Subject-1's phone revealed that he traded images and videos which met the federal definition of child pornography with multiple

individuals. One such individual who received child pornography from Subject-1 was identified as Jeremy Brian Tacon.

7. The forensic review of Subject-1's phone showed that Tacon received from Subject-1 at least 12 videos containing child pornography via Telegram, a mobile messaging application that can be downloaded onto a mobile device or computer. Tacon received the 12 videos on March 29, 2025, from Subject-1 in the course of a chat conversation. I have reviewed the videos, and each meets the federal definition of child pornography. The videos include the following:

   a. A video of an adult man anally penetrating a toddler with his penis.
   b. A video of an adult man digitally penetrating the anus of a prepubescent boy.
   c. A video of an adult man performing oral sex on a prepubescent boy.

8. In addition, Tacon and Subject-1 discussed their mutual sexual interest in children during the same chat conversation. Below is a sample of the conversation between Tacon and Subject-1:

March 29, 2025:

**Subject-1:** Whatcha wanna see pedo

**Tacon:** Fuck yeah

**Tacon:** Little boys getting fucked and sucking cock

**Tacon:** Little hands and mouths on big cock

3

> **Subject-1:** *Sends a video depicting an unidentified male performing oral sex on a minor boy*
>
> **Tacon:** So fucking horny brother
>
> …
>
> **Subject-1:** Wish we could find a kiddo and have our way together. Take him to a motel and molest him
>
> **Tacon:** Fuck yes brother
>
> **Tacon:** Damn… you free tomorrow during the day?
>
> **Tacon:** Any more clips?
>
> **Subject-1:** *Sends at least 6 additional videos containing CSAM, including a video of an adult man anally penetrating a toddler with his penis*

Based on the above messages, and from my training and experience, I believe Tacon is requesting child pornography from Subject-1 and expressing his sexual interest in children.

9. FBI personnel used available open source, commercial, and law enforcement sensitive databases, and administrative subpoenas to identify Tacon's residence.

10. On November 12, 2025, the FBI obtained an amended federal search warrant for Tacon's residence and person. On November 13, 2025, agents executed those search warrants.

11. At the home, FBI agents found Tacon's phone turned off in his bedroom. Agents turned on the phone and called Tacon's phone number that had communicated

4

with and exchanged CSAM with Subject-1, causing the phone to ring.

12. The FBI is in the process of attempting to review the contents of the phone pursuant to a federal search warrant.

## CONCLUSION

13. Based on the foregoing, there is probable cause to believe that Jeremy Brian Tacon has committed violations of 18 U.S.C. § 2252A(a)(2) (receipt of child pornography).

Respectfully submitted,

_____
Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Dated:   November 13, 2025

5